IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANNE SULLIVAN, WANDA KAY STEWART, )
and BOBBY AND HILDA SULLIVAN, )
)
    Plaintiffs, ) NO. 3:08-0321
) JUDGE HAYNES
v. )
)
COUNTY OF DICKSON, TENNESSEE, )
and CITY OF DICKSON, TENNESSEE, )
)
    Defendants. )

# O R D E R

Upon notice of voluntary dismissal (Docket Entry No. 124) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby voluntary **DISMISSED with prejudice**. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge